# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:    MICHELE D BOWIE                                    Case No.: 11-08405

         Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 03/01/2011.

2) This case was confirmed on 05/26/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/11/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/02/2011, 02/07/2012.

5) The case was dismissed on 05/24/2012.

6) Number of months from filing to the last payment:  13

7) Number of months case was pending:  18

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    18,275.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 4,900.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 4,900.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 3,500.00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 139.30 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 3,639.30 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITY OF CHICAGO WATE | SECURED | 400.00 | 613.78 | .00 | .00 | .00 |
| CITY OF CHICAGO WATE | UNSECURED | 400.00 | .00 | 613.78 | .00 | .00 |
| MIDFIRST BANK | SECURED | 26,000.00 | 15,005.95 | .00 | .00 | .00 |
| MIDFIRST BANK | SECURED | 7,000.00 | 10,882.26 | 10,882.26 | 1,251.70 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 27,000.00 | 30,434.25 | 30,434.25 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 10,000.00 | 12,596.44 | 12,596.44 | .00 | .00 |
| ROBERT J ADAMS & ASS | PRIORITY | 3,008.00 | NA | NA | .00 | .00 |
| TCF FINANCIAL SERVIC | OTHER | .00 | NA | NA | .00 | .00 |
| ADDISON RADIOLOGY AS | UNSECURED | 86.00 | NA | NA | .00 | .00 |
| ADVOCATE ILLINOIS MA | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| DIRECT TV | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL C | UNSECURED | 560.00 | 583.03 | 583.03 | .00 | .00 |
| PEOPLES GAS | OTHER | .00 | NA | NA | .00 | .00 |
| PREMIER BANKCARD | OTHER | .00 | NA | NA | .00 | .00 |
| ASPIRE VISA | UNSECURED | 510.00 | NA | NA | .00 | .00 |
| ASPIRE VISA | UNSECURED | 1,510.00 | NA | NA | .00 | .00 |
| AT & T BANKRUPTCY | UNSECURED | 94.00 | NA | NA | .00 | .00 |
| AT & T BANKRUPTCY | UNSECURED | 320.06 | NA | NA | .00 | .00 |
| BANK OF AMERICA NA | UNSECURED | 475.24 | 350.96 | 350.96 | .00 | .00 |
| CAPITAL ONE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALUTE | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1,647.00 | NA | NA | .00 | .00 |
| CAPITAL ONE AUTO FIN | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CAPITAL ONE BANK | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| CASH NET USA | UNSECURED | 750.00 | NA | NA | .00 | .00 |
| CHASE BANK USA | UNSECURED | 1,546.00 | NA | NA | .00 | .00 |
| CHICAGO IMAGING | UNSECURED | 69.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 657.07 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 500.00 | 1,919.26 | 1,919.26 | .00 | .00 |
| COMMONWEALTH EDISON | OTHER | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,844.44 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | OTHER | .00 | NA | NA | .00 | .00 |
| CORTRUST BANK | UNSECURED | 293.00 | 378.79 | 378.79 | .00 | .00 |
| FIRST BANK OF DELAWA | OTHER | .00 | NA | NA | .00 | .00 |
| DAKOTA STATE BANK | UNSECURED | 459.00 | NA | NA | .00 | .00 |
| DAVID W HINES MC | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN GASTRO | OTHER | .00 | NA | NA | .00 | .00 |
| DIRECT TV | UNSECURED | 159.80 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | OTHER | .00 | NA | NA | .00 | .00 |
| FIRST BANK OF DE/CON | UNSECURED | 582.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 704.12 | 771.09 | 771.09 | .00 | .00 |
| MIDFIRST BANK | OTHER | .00 | NA | NA | .00 | .00 |
| COMCAST CABLE | OTHER | .00 | NA | NA | .00 | .00 |
| LIEBERMAN EYE ASSOCI | UNSECURED | 258.57 | NA | NA | .00 | .00 |
| LIEBERMAN EYE ASSOCI | UNSECURED | 259.00 | NA | NA | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 405.00 | 405.24 | 405.24 | .00 | .00 |
| BANK OF AMERICA | OTHER | .00 | NA | NA | .00 | .00 |
| IC SYSTEMS INC | UNSECURED | 445.10 | NA | NA | .00 | .00 |
| AT&T MIDWEST | OTHER | .00 | NA | NA | .00 | .00 |
| WEST SUBURBAN MEDICA | OTHER | .00 | NA | NA | .00 | .00 |
| OUR LADY OF THE RESU | OTHER | .00 | NA | NA | .00 | .00 |
| IRS | OTHER | .00 | NA | NA | .00 | .00 |
| JRSI INC | UNSECURED | 1,684.01 | NA | NA | .00 | .00 |
| JRSI INC | UNSECURED | 1,770.14 | NA | NA | .00 | .00 |
| ASPIRE VISA | OTHER | .00 | NA | NA | .00 | .00 |
| TRIBUTE MASTERCARD | OTHER | .00 | NA | NA | .00 | .00 |
| MCM | OTHER | .00 | NA | NA | .00 | .00 |
| META BANK | UNSECURED | 459.00 | NA | NA | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 265.00 | NA | NA | .00 | .00 |
| REWARDS 660 VISA | OTHER | .00 | NA | NA | .00 | .00 |
| OUR LDY OF RESURRECT | UNSECURED | 21.87 | 1,572.85 | 1,572.85 | .00 | .00 |
| PCC COMMUNITY WELLNE | UNSECURED | 609.45 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 886.28 | 3,412.22 | 3,412.22 | .00 | .00 |
| PLAINS COMMERCE BANK | UNSECURED | 455.00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 499.58 | NA | NA | .00 | .00 |
| PEOPLES GAS | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| TCF BANK | OTHER | .00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | 14.18 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS | OTHER | .00 | NA | NA | .00 | .00 |
| RESURRECTION HEALTH | UNSECURED | 567.60 | NA | NA | .00 | .00 |
| RESURRECTION/WESTLAK | UNSECURED | 112.50 | NA | NA | .00 | .00 |
| REWARDS 660 | UNSECURED | 463.52 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 908.19 | 991.39 | 991.39 | .00 | .00 |
| SKO BRENNER AMERICAN | UNSECURED | 249.75 | NA | NA | .00 | .00 |
| STAR CASH PROCESSISN | UNSECURED | 550.00 | NA | NA | .00 | .00 |
| STEVEN FINK & ASSOCI | OTHER | .00 | NA | NA | .00 | .00 |
| JRSI | OTHER | .00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 210.25 | NA | NA | .00 | .00 |
| TOTAL CARD | UNSECURED | 458.91 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 881.34 | 970.50 | 970.50 | .00 | .00 |
| US BANK NA | UNSECURED | 1,770.00 | 136.82 | 136.82 | .00 | .00 |
| VISHNU V CHUNDI MD | UNSECURED | 20.00 | 20.00 | 20.00 | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | 131.82 | NA | NA | .00 | .00 |
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |
| WEST SIDE EMERGENCY | UNSECURED | 332.00 | NA | NA | .00 | .00 |
| WEST SIDE PATHOLOGY | UNSECURED | 183.73 | NA | NA | .00 | .00 |
| WEST SUBURBAN MEDICA | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| TOTAL CARD | OTHER | .00 | NA | NA | .00 | .00 |
| IRS | OTHER | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA NA | UNSECURED | NA | 286.52 | 286.52 | .00 | .00 |
| BANK OF AMERICA NA | UNSECURED | NA | 475.24 | 475.24 | .00 | .00 |
| ILLINOIS BELL TELEPH | UNSECURED | NA | 771.00 | 771.00 | .00 | .00 |
| ROBERT J ADAMS & ASS | PRIORITY | NA | .00 | 9.00 | 9.00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 800.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 10,882.26 | 1,251.70 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 10,882.26 | 1,251.70 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 30,443.25 | 9.00 | .00 |
| **TOTAL PRIORITY:** | 30,443.25 | 9.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 26,255.13 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,639.30 |
| Disbursements to Creditors | $ | 1,260.70 |
| **TOTAL DISBURSEMENTS:** | $ | 4,900.00 |

12)     The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   08/30/2012                              /s/ Tom Vaughn
                                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**